UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No. 10-24-GFVT |
| V. | ) ) | |
| TERRANCE BETHEA, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court pending review of the Recommended Disposition of United States Magistrate Judge Hanly A. Ingram [R. 37] filed herein on October 19, 2010. Consistent with local practice, the Recommended Disposition addresses the question of competency of the Defendant, Terrance Bethea. [*Id.*]

After reviewing the forensic report of the Defendant's psychiatric evaluation and conducting a competency hearing, Magistrate Judge Ingram concluded that the Defendant is "not currently competent" to face further proceedings, to include trial, in this matter. [*Id.*] In light of that conclusion, Judge Ingram correctly observes that 18 U.S.C. § 4241(d) mandates the Defendant's commitment to the custody of the Attorney General for hospitalization. *See United States v. Magassouba*, 544 F.3d 387, 404 (2nd Cir. 2008).

Although the Recommended Disposition advises the parties about the applicable deadline, neither party has filed objections or sought an extension of time to do so. Thus, pursuant to 28 U.S.C. § 636(b)(1), this Court will adopt the Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as

follows:

1. The Magistrate Judge's Recommended Disposition [R. 37] is **ADOPTED** as and for the opinion of this Court;

2. Consistent with the Judge Ingram's Order, and pursuant to 18 U.S.C. § 4241(d)(1), the Defendant shall be committed to the custody of the Attorney General for treatment at a suitable facility, where he will remain for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that the Defendant will attain the capacity to permit further proceedings to take place in the foreseeable future.

3. The Clerk of the Court is directed to provide a copy of this Order to the United States Probation Office and the United States Marshal.

This the 4th day of November, 2010.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge